# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: INTRAMTA SWITCHED ACCESS CHARGES LITIGATION | § § § § | Civil Action No. 3:14-MD-2587-D (MDL No. 2587) |
| THIS DOCUMENT RELATES TO: | § § | |
| MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC., | § § § § | |
| Plaintiffs/Counterclaim-Defendants, | § § | |
| v. | § § | Case No. 3:14-CV-4473-D |
| ACE LINK TELECOMMUNICATIONS, INC.; ACE TELEPHONE ASSOCIATION; THE ALBANY MUTUAL TELEPHONE ASSOCIATION; CENTURYTEL OF MINNESOTA, INC.; CONSOLIDATED TELEPHONE OF BRAINERD, MN; EAST OTTER TAIL TELEPHONE COMPANY; EMBARQ MINNESOTA, INC.; ESCHELON TELECOM OF MINNESOTA, INC.; FEDERATED TELEPHONE COOPERATIVE; GARDEN VALLEY TELEPHONE COMPANY; HIAWATHA BROADBAND COMMUNICATIONS, INC.; HUTCHINSON TELEPHONE COMPANY; HUTCHINSON TELECOMMUNICATIONS, INC.; INTEGRA TELECOM OF MINNESOTA, INC.; INTERSTATE TELECOMMUNICATIONS COOPERATIVE, INC.; LORETEL SYSTEMS, INC.; MELROSE TELEPHONE COMPANY; MCLEODUSA TELECOMMUNICATIONS SERVICES, L.L.C.; MIDWEST TELEPHONE CO.; NEW ULM TELECOM, INC.; OSAKIS TELEPHONE COMPANY; PAUL BUNYAN RURAL TELEPHONE COOPERATIVE; QWEST CORPORATION; REDWOOD COUNTY TELEPHONE COMPANY; RUNESTONE TELEPHONE ASSOCIATION.; SCOTT-RICE TELEPHONE CO.; SLEEPY EYE TELEPHONE COMPANY; TEKSTAR COMMUNICATIONS, INC.; WESTERN TELEPHONE COMPANY; WINDSTREAM EN-TEL, LLC; WINDSTREAM | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

| | |
|---|---|
| LAKEDALE, INC.; and WINDSTREAM NORTHSTAR, LLC, | § § § |
| Defendants/Counterclaim-Plaintiffs, | § § § § |
| C-I COMMUNICATIONS; CRYSTAL COMMUNICATIONS, INC.; MANKATO CITIZENS TELEPHONE COMPANY; MIDCOMMUNICATIONS, INC.; and MID-STATE TELEPHONE COMPANY, | § § § § § § |
| Defendants. | § § |

**Judgment**

For the reasons stated in the Court's order entered on November 17, 2015, issued in *In re IntraMTA Switched Access Charges Litig.*, No. 3:14-MD-2587-D (N.D. Tex. Nov. 17, 2015) (ECF No. 134) granting Defendant Local Exchange Carriers' ("LECs") motion to dismiss, IT IS ORDERED AND ADJUDGED:

That judgment is entered in the above-captioned actions dismissing all of MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC.'s ("IXCs") claims against the LECs with prejudice.

For the reasons stated in the Court's May 15, 2018 Order, issued in *In re IntraMTA Switched Access Charges Litig.*, No. 3:14-MD-2587-D (N.D. Tex. May 15, 2018) (ECF No. 305) granting summary judgment to the Counterclaimant LECs and against the IXCs in this Proceeding:  IT IS ORDERED AND ADJUDGED:

That judgment is entered in the above-captioned action in favor of Counterclaimants QWEST CORPORATION; EMBARQ MINNESOTA, INC.; and CENTURYTEL OF MINNESOTA, INC. and against Counterclaim-Defendants MCI COMMUNICATIONS

2

SERVICES, INC. and VERIZON SELECT SERVICES INC.in the amount of $72,591.36, other than as to any attorney's costs and fees.

That judgment is entered in the above-captioned action in favor of Counterclaimants ACE LINK TELECOMMUNICATIONS, INC.; ACE TELEPHONE ASSOCIATION; THE ALBANY MUTUAL TELEPHONE ASSOCIATION; CONSOLIDATED TELEPHONE OF BRAINERD, MN; EAST OTTER TAIL TELEPHONE COMPANY; ESCHELON TELECOM OF MINNESOTA, INC.; FEDERATED TELEPHONE COOPERATIVE; GARDEN VALLEY TELEPHONE COMPANY; HIAWATHA BROADBAND COMMUNICATIONS, INC.; HUTCHINSON TELEPHONE COMPANY; HUTCHINSON TELECOMMUNICATIONS, INC.; INTEGRA TELECOM OF MINNESOTA, INC.; INTERSTATE TELECOMMUNICATIONS COOPERATIVE, INC.; LORETEL SYSTEMS, INC.; MELROSE TELEPHONE COMPANY; MIDWEST TELEPHONE CO.; NEW ULM TELECOM, INC.; OSAKIS TELEPHONE COMPANY; PAUL BUNYAN RURAL TELEPHONE COOPERATIVE; REDWOOD COUNTY TELEPHONE COMPANY; RUNESTONE TELEPHONE ASSOCIATION; SCOTT-RICE TELEPHONE CO.; SLEEPY EYE TELEPHONE COMPANY; TEKSTAR COMMUNICATIONS, INC.; and WESTERN TELEPHONE COMPANY and against Counterclaim-Defendants MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC. as follows, other than as to any attorney's costs and fees:

| LEC | Stipulated LPC Amount |
|---|---:|
| ACE LINK TELECOMMUNICATIONS, INC. | $349.25 |
| ACE TELEPHONE ASSOCIATION | $7,370.34 |
| THE ALBANY MUTUAL TELEPHONE ASSOCIATION | $3,099.94 |
| CONSOLIDATED TELEPHONE OF BRAINERD, MN | $0.00 |
| EAST OTTER TAIL TELEPHONE COMPANY | $4,406.88 |
| ESCHELON TELECOM OF MINNESOTA, INC. | $0.00 |

3

| | |
|---|---:|
| FEDERATED TELEPHONE COOPERATIVE | $1,834.20 |
| GARDEN VALLEY TELEPHONE COMPANY | $6,742.17 |
| HIAWATHA BROADBAND COMMUNICATIONS, INC. | $7,671.33 |
| HUTCHINSON TELEPHONE COMPANY | $0.00 |
| HUTCHINSON TELECOMMUNICATIONS, INC. | $0.00 |
| INTEGRA TELECOM OF MINNESOTA, INC. | $581.04 |
| INTERSTATE TELECOMMUNICATIONS COOPERATIVE, INC. | $408.64 |
| LORETEL SYSTEMS, INC. | $1,726.31 |
| MELROSE TELEPHONE COMPANY | $1,413.75 |
| MIDWEST TELEPHONE CO. | $2,730.63 |
| NEW ULM TELECOM, INC. | $0.00 |
| OSAKIS TELEPHONE COMPANY | $2,390.59 |
| PAUL BUNYAN RURAL TELEPHONE COOPERATIVE | $6,646.46 |
| REDWOOD COUNTY TELEPHONE COMPANY | $6,859.02 |
| RUNESTONE TELEPHONE ASSOCIATION | $1,321.93 |
| SCOTT-RICE TELEPHONE CO. | $4,307.91 |
| SLEEPY EYE TELEPHONE COMPANY | $0.00 |
| TEKSTAR COMMUNICATIONS, INC. | $582.63 |
| WESTERN TELEPHONE COMPANY | $0.00 |

That judgment is entered in the above-captioned action in favor of Counterclaimants MCLEODUSA TELECOMMUNICATIONS SERVICES, L.L.C.; WINDSTREAM EN-TEL, LLC; WINDSTREAM LAKEDALE, INC.; and WINDSTREAM NORTHSTAR, LLC and against Counterclaim-Defendants MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC. in the amount of $5,058.75, other than as to any attorney's costs and fees.

This is a final, appealable judgment.

Dated:   June 7, 2018

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE